PER CURIAM.

(No. 73—CC—119 

ADVANCE PRODUCTS COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

.

*Opinion filed April 16, 1973.*

.

DANIEL I. DOLLINGER, ADVANCE PRODUCTS COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.